IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATASHA R. REIVES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 1:21-00475-N |
| | ) |
| KILOLO KIJAKAZI, *Acting* | ) |
| *Commissioner of Social Security*, | ) |
|     Defendant. | ) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Natasha R. Reives, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Reives's applications for Social Security benefits.

**DONE** this the 10th day of May 2022.

                                         */s/ Katherine P. Nelson*
                                         **KATHERINE P. NELSON**
                                         **UNITED STATES MAGISTRATE JUDGE**